## BARENT J. STAATS *versus* RICHARD SMYTH.

JOURNAL ENTRIES (1825): *Journal 4:* (1) Judgment reversed *p. 57.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) precipe for certiorari;

(3) writ of certiorari and return; (4) motion for rule to assign errors; (5) assignment of errors. *1824–36 Calendar*, MS p. 55. Recorded in *Book C*, MS pp. 42–4.